IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00062-BNB

ROBERT H. QUINN III,

Plaintiff,

v.

U.S. GOVERNMENT, and
FTCA STATES,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Robert H. Quinn III, initiated this action by submitting *pro se* a letter to the Court. The Court reviewed the letter and determined it was deficient. Therefore, in an order filed on January 11, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Quinn to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The January 11, 2008, order pointed out that Mr. Quinn failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The January 11 order also pointed out that Mr. Quinn failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Quinn that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Quinn has failed within the time allowed to cure the deficiencies listed in the January 11 order or otherwise to communicate with the Court in any way. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2008

GREGORY C. LANGHAM
                    CLERK

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 21 day of February, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00062-BNB

Robert H. Quinn, III
Prisoner No. 131183
FCF - Unit LU 4
PO Box 999
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/22/08

                                   GREGORY C. LANGHAM, CLERK

                          By: _____
                                      Deputy Clerk